August 30, 1994
[NOT FOR PUBLICATION]
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 93-2382

WILLIAM FERGUSON,

Plaintiff, Appellant,

v.

PLUMBERS & PIPEFITTERS LOCAL UNION #4 ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Robert E. Keeton, U.S. District Judge]

Before

Torruella, Chief Judge,

Selya and Cyr, Circuit Judges.

William V. Ferguson Jr. on brief pro se.

Per Curiam. Pro se plaintiff William Ferguson

appeals a district court judgment that dismissed his civil

rights complaint as frivolous under 28 U.S.C. 1915(d). We

have thoroughly reviewed the record and Ferguson's brief on

appeal. We agree that this case is wholly frivolous and

affirm the judgment for the reasons stated in the district

court's memorandum and order. See Local Rule 27.1.